IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GLENN SWOFFORD**, | CIVIL ACTION NO. 07-90 |
| Plaintiff, | JUDGE JOY FLOWERS CONTI |
| v. | |
| **ACS STATE & LOCAL SOLUTIONS, INC.** *a Texas corporation doing business as* LDC COLLECTIONS, | |
| Defendant. | |

ORDER REMANDING CASE

AND NOW, this 24th day of April, 2007, for reasons more fully set forth on the record at the hearing held today, April 24, 2007, in the above-captioned civil action before the undersigned district judge, and because it appears to this court that the court lacks jurisdiction of the subject matter of the case,

IT IS HEREBY ORDERED that the case FORTHWITH shall be remanded to the Court of Common Pleas of Allegheny County, Pennsylvania.

IT IS FURTHER ORDERED that the clerk shall mark this case closed.

    /s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc:   Counsel of Record